UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John A. Asuncion

_____

Write the full name of each plaintiff.

-against-

Bard College

_____

_____

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

20 CV 4061

(Include case number if one has been assigned)

Do you want a jury trial?

☑ Yes ☐ No

AMENDED

EMPLOYMENT DISCRIMINATION COMPLAINT

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| John | A | Asuncion |
|---|---|---|
| First Name | Middle Initial | Last Name |

13 Balding Avenue
_____
Street Address

| Dutchess County, Poughkeepsie | New York | 12601 |
|---|---|---|
| County, City | State | Zip Code |

| 845-389-9290 | john@counselingrightnow.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:   Bard College
_____
Name
P. O. Box 5000
_____
Address where defendant may be served

| Dutchess County, Annandale-on-Hudson | New York | 12504 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:
_____
Name

_____
Address where defendant may be served

| County, City | State | Zip Code |
|---|---|---|

Defendant 3:

_____
Name

_____
Address where defendant may be served

_____
County, City                State           Zip Code

## II.   PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
Bard College

| Name |
| P. O. Box 5000 |

| Address |
| Dutchess County, Annandale-on-Hudsc  New York              12504 |

| County, City | State | Zip Code |

## III.   CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race:         I am biracial _____

☐ color:        _____

☐ religion:     _____

☒ sex:          I am male _____

☐ national origin:   _____

☒ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: **Asian and white**

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.   STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☒ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☒ other (specify):  Bard College did not take my claims seriously, conducted an investigation without speaking with me directly, and denied me fair and reasonable accomodations.

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Nov. 12, 2018: Plaintiff reported sexual harassment and workplace hostility to supervisor, Tamara Telberg.

Nov. 15, 2018: Plaintiff reported the same information to Title IX and Gender Equity Office. Plaintiff was advised that Kimberly Alexander, Human Resources, would be notified and would subsequently contact the Plaintiff directly. There was no follow-up from either Kimberly Alexander or the Title IX and Gender Equity Office.

Dec. 10, 2018: Coleen Murphy Alexander, V.P. for Adminstration, referred to the female adminstrator who sexually harassed the Plaintiff as " a touchy person" essentially minimizing the harm sustained by the Plaintiff and demonstrating bias with regard to the matter. Kimberly Alexander stated that an investigation was conducted. Kimberly Alexander stated that an investigation was conducted and the outcome of the investigation was that the administrator who sexually harassed the Plaintiff and the administrator who created a hostile work environment were "spoken to" and advised to become "more aware." The reported investigation did not include any contact with the Plaintiff. (continued on next page)

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

IV. STATEMENT OF CLAIM, B. Facts (continued)

Dec. 13, 2018: Kimberly Alexander provided the Plaintiff with the "New York State Complaint Form for Sexual Harassment," 32 days following the Plaintiff's initial report and subsequent to the "investigation" conducted with the exclusion of the Plantiff.

Dec. 29, 2018: Plantiff petitioned Jim Brudvig, Senior Vice President, for an alternative representative to investigate the concerns raised in light of the unjust investigation conducted by Coleen Murphy Alexander and Kimberly Alexander. The Plaintiff's request was denied.

Dec. 31, 2018: Plaintiff petitioned Jim Brudvig for an alternative workspace or department to which he could report due to the College's failure to discipline the sexual harasser, and the Plaintiff's fear of returning to the same workspace as the sexual harasser and the environment in which the Plaintiff was harmed. The Plaintiff's request was denied.

Jan. 31, 2019: The Plaintiff's employment was terminated.

Bard College condoned the harassment, including but not limited to, by failing to do a real investigation, failing to discipline the harasser, requiring the Plaintiff to return to working in the same space as the harasser, and refusing the Plaintiff's request to be moved to a different space or otherwise separated from the harasser.

Sexual Harassment

Andrea Provan, Assistant Director, Health Services, groped me by squeezing my upper, right arm repeatedly, during a conversation. She did not request my permission, nor did I consent to her actions.

Andrea Provan touched the left side of my body when I described experiencing back pain. She rubbed her hand up and down the side of my body stating that she sensed an energy blockage. She did not request my permission, nor did I consent to her actions.

On at least 2 occasions, Andrea Provan, leered at my legs and stated, "Mmmmm.... those legs." My colleague, Mirelva Colon, witnessed her actions on one occasion and stated the her actions constituted sexual harassment.

The sexual harassment occurred during the Fall 2018 semester in the Health and Counseling Services building at Bard College.

## V.   ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☒ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?  Feb. 23, 2019

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☒ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?  Feb. 25, 2020

When did you receive the Notice?  Feb. 28, 2020

☐ No

## VI.   RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☒ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☒ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)
Pay the Plaintiff for the pain and suffering endured, the loss of the Plaintiff's

source of income / benefits and privileges associated with the position.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| August 8, 2021 | | |
| --- | --- | --- |
| Dated | | Plaintiff's Signature |
| John | A | Asuncion |
| First Name | Middle Initial | Last Name |

13 Balding Avenue

Street Address

| Dutchess County, Poughkeepsie | New York | 12601 |
| --- | --- | --- |
| County, City | State | Zip Code |

| 845-389-9290 | john@counselingrightnow.com |
| --- | --- |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

## Civil case(s) filed in the Southern District of New York:

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

John Asuncion v. Bard College, 7:20-cv-04061-NSR

---

Asuncion, John, A
Name (Last, First, MI)

| 13 Balding Avenue | Poughkeepsie | New York | 12601 |
|---|---|---|---|
| Address | City | State | Zip Code |

845-389-9290
Telephone Number

john@counselingrightnow.com
E-mail Address

August 8, 2021
Date

*[signature]*
Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: John A. Asuncion
13 Balding Avenue
Poughkeepsie, NY 12601

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-02958 | Holly M. Shabazz, State & Local Program Manager | (929) 506-5316 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

*Judy A. Keenan,*
**Judy A. Keenan,
Deputy Director (Acting)**

FEB 25 2020
*(Date Mailed)*

cc: **BARD COLLEGE**
**Attn: Director of Human Resources
30 Campus Road
P.O. Box 5000
Annandale, NY 12504**

received
02.28.20

# Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL**

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

Sign your full legal name

Subscribed and sworn before me
This 23 day of February , 2019

Signature of Notary Public

MARIA D AGUSTIN RAMON
Notary Public - State of New York
NO. 01AG6379733
Qualified in Dutchess County
My Commission Expires Aug 20, 2022

County: Dutchess    Commission expires: Aug 20, 2022

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

## 9. Description of alleged discrimination

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

1. SEXUAL HARASSMENT - ANDREA PROVAN, ASSISTANT DIRECTOR DISCRIMINATION BASED ON GENDER, GENDER IDENTITY, AND SEXUAL ORIENTATION. DATES: INTERMITTENT OVER 3 YEARS.

2. HARASSMENT - LAWRENCE GREGUROS ASSISTANT DIRECTOR, DISCRIMINATION BASED ON GENDER AND GENDER IDENTITY. DATES: INTERMITTENT OVER 3 YEARS.

3. DISCRIMINATION - DIFFERENT TREATMENT/SERVICE DENIAL - AND RETALIATION BASED ON GENDER, SEXUAL ORIENTATION, RACE/COLOR
   - KIMM ALEXANDER, DIRECTOR, HUMAN RESOURCES NOVEMBER - JANUARY 2019
   - COLEEN MURPHY ALEXANDER, V.P. FOR ADMINISTRATION 12.10.18 - 01.31.19
   - JIM BRUDVIG, V.P. FOR FINANCE AND ADMINISTRATION, CHIEF FINANCIAL OFFICER 01.04.19 - 01.29.19

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

## 7. Basis of alleged discrimination:

Check **ONLY** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ Age: <br> Date of Birth: _____ | ☐ **Military Status**: <br> ☐ Active Duty  ☐ Reserves |
| ☐ **Arrest Record** (*resolved in your favor or youthful offender record or sealed conviction record*) | ☐ **National Origin**: <br> Please specify: _____ |
| ☐ **Conviction Record** | ☐ **Predisposing Genetic Characteristic**: <br> Please specify: _____ |
| ☐ Creed/ Religion: <br> Please specify: _____ | ☐ **Pregnancy-Related Condition**: <br> Please specify: _____ |
| ☐ Disability: <br> Please specify: _____ | ☒ **Race/Color or Ethnicity**: <br> Please specify: RACE: ASIAN / BIRACIAL <br> ETHNICITY: MULTIETHNIC / PACIFIC ISLANDER |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation**: INDIGINOUS PERSON <br> Please specify: _____ |
| ☐ **Familial Status**: <br> Please specify: _____ | ☒ **Sex**: <br> Please specify: MALE <br> Specify if the discrimination involved: <br> ☐ Pregnancy ☒ Gender Identity ☐ Transgender Status <br> ☒ Sexual Harassment |
| ☐ **Marital Status**: <br> Please specify: _____ | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☒ **Retaliation**: How you did you oppose discrimination: I WAS TREATED DIFFERENTLY AFTER I FILED A DISCRIMINATION COMPLAINT

## 8. Acts of alleged discrimination: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☐ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☒ Harassed/ intimidated me (other than sexual harassment) |
| ☒ Fired me/laid me off | ☐ Denied me overtime benefits | ☒ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☒ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☐ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

SECTION 3. CONTINUED

| NAME | TITLE |
|------|-------|
| 5. JIM BRUDVIG | V.P., ADMINISTRATION AND FINANCE, CFO |

# New York State Division of Human Rights
## Employment Complaint Form

### 1. Your contact information:

First Name **JOHN**  Middle Initial/Name **AARON**

Last Name **ASUNCION**

Street Address/ PO Box **13 BALDING AVENUE**  Apt or Floor #: **N/A**

City **POUGHKEEPSIE**  State **NY**  Zip Code **12601**

### 2. Regulated Areas: You believe you were discriminated against in the area of:

- [x] Employment *(including paid internship)*
- [ ] Apprentice Training
- [ ] Internship *(unpaid only)*
- [ ] Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*
- [ ] Labor Organization
- [ ] Employment Agencies
- [ ] Licensing

### 3. You are filing a complaint against:

Employer Name **BARD COLLEGE**

Street Address/ PO Box **P.O. BOX 5000**

City **ANNANDALE - ON - HUDSON**  State **NY**  Zip Code **12504**

Telephone Number: **(845) 758 - 0822**  Ext.

In what *county or borough* did the violation take place?

**DUTCHESS COUNTY**

Individual people who discriminated against you:

Name: 1. **COLLEEN MURPHY ALEXANDER**  Title: **V.P. FOR ADMINISTRATION**
Name: 2. **KIMBERLY ALEXANDER**  Title: **DIRECTOR, HUMAN RESOURCES**
3. **ANDREA PROVAN**  **ASSISTANT DIRECTOR, HEALTH SERVICES**
4. **LAWRENCE CEREBEDES**  **ASSISTANT DIRECTOR, COUNSELING SERVICES**

If you need more space, please list them on a separate piece of paper. **(*) PLEASE SEE ATTACHED**

### 4. Date of alleged discrimination *(must be within one year of filing):*

The most recent act of discrimination happened on:  **01** month  **31** day  **2019** year

### 5. For employment and internships, how many employees does this company have?

- [ ] 1-3
- [ ] 4-14
- [ ] 15-19
- [x] 20 or more
- [ ] Don't know

### 6. Are you currently working for this company? **NO**

- [ ] Yes. Date of hire: ___ month ___ day ___ year  What is your position?
- [x] No. Last day of work: **01** month **31** day **2019** year  What was your position? **CLINICAL THERAPIST**
- [ ] I was never hired. Date of application: ___ month ___ day ___ year  What position did you apply for?